## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

|  |  |
|---|---|
| IN RE GRAND JURY INVESTIGATION | Case No. 3:15-mc-03005-SEM |

### MOTION TO WITHDRAW AS COUNSEL

I, Isaac B. Rosenberg, currently listed as counsel for the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("BLAG") in the above-captioned case, move to withdraw as counsel in this matter. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the Electronic Filing system. BLAG will continue to be represented by Todd B. Tatelman, who has entered an appearance in this matter.

Respectfully submitted,

ISAAC B. ROSENBERG,
Assistant General Counsel
*/s/Isaac B. Rosenberg*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Amicus the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

November 9, 2016

## CERTIFICATE OF SERVICE

I certify that on November 9, 2016, I filed the foregoing Motion to Withdraw as Counsel via the Court's CM/ECF system, which I understand caused delivery of a copy to all registered parties.

*/s/ Isaac B. Rosenberg*
Isaac B. Rosenberg
